UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.

Case: 2:20-mj-30035
Judge: Unassigned,
Filed: 01-24-2020
REM: USA V CAPILLA (MAW)
Originating No.20-02117

**ERICK CAPILLA,**

    Defendant.

_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ERICK CAPILLA,** to answer to charges pending in another federal district, and states:

1. On **January 24, 2020,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Southern District of Florida based on a complaint**. Defendant is charged in that district with violation of **18 USC Section 2113 – Bank Robbery.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

MATTHEW J. SCHNEIDER
United States Attorney

JOHN O'BRIEN
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: January 24, 2020